**Original**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM A. MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 4:02-CV-791 |
| ) | |
| AMERICAN FAMILY LIFE ) | |
| ASSURANCE COMPANY OF COLUMBUS ) | **JURY TRIAL REQUESTED** |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS

COME NOW, the parties in the aforementioned matter, by and through undersigned counsel, and hereby stipulate to the dismissal with prejudice of any and all claims against Defendant American Life Assurance Company of Columbus, pursuant to Federal Rule of Civil Procedure 41. The parties further stipulate that: (1) the reason for the dismissal of this civil action is that the subject matter of this lawsuit is subject to binding arbitration; (2) the binding arbitration is appropriate; and (3) the pursuit of binding arbitration to resolve the matters in issue shall be deemed to be timely if initiated within sixty (60) days from the filing of this stipulation of dismissal. Plaintiff and Defendant agree to bear their own costs and fees.

Respectfully submitted this <u>26</u> day of <u>August</u>, 2002.

<u>/s/ Christopher D. Vaughn</u>
Christopher D. Vaughn
Georgia Bar No. 726226
MELVILLE JOHNSON, P.C.
44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Attorney for Plaintiff
404.524.9111 - voice
404.524.6611 - facsimile

<u>/s/ Leslie Luck</u>
Leslie Luck*
ALSTON & BIRD, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Attorney for Defendant
404.881.7000

* Signed with express permission by Christopher D. Vaughn

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM A. MATTHEWS,              )<br>                                   )<br>     Plaintiff,                    )<br>                                   ) CIVIL ACTION FILE NO.<br>     vs.                           ) 4:02-CV-791<br>                                   )<br> AMERICAN FAMILY LIFE              )<br> ASSURANCE COMPANY OF COLUMBUS     ) **JURY TRIAL REQUESTED**<br>                                   )<br>     Defendant.                    )<br>                                   ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing *Stipulation of Dismissal of All Claims Against American Life Assurance Company of Columbus* to be served on Defendant by first class mail with sufficient postage affixed hereto as follows:

                             Leslie Luck
                             ALSTON & BIRD, LLP
                             One Atlantic Center
                             1201 W. Peachtree Street
                             Atlanta, Georgia 30309-3424

This  26  day of  August , 2002.

                                        MELVILLE JOHNSON, P.C.

                                        _____
                                        Christopher D. Vaughn

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Attorney for Plaintiff
404.524.9111 - voice; 404.524.6611 - facsimile